IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Miscellaneous Action<br>Plaintiff,<br><br>v.<br><br>CINGULAR WIRELESS LLC,<br><br>Miscellaneous Action<br>Defendant. | MISCELLANEOUS CASE NO. 06-218 |

**STIPULATED WITHDRAWAL OF BROADCOM CORPORATION'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON AUGUST 30, 2006**

On December 8, 2006, Broadcom Corporation ("Broadcom") filed a motion in this Court to compel compliance with a third-party subpoena issued to Cingular Wireless LLC ("Cingular"). Broadcom hereby withdraws its motion to compel, without prejudice to its reinstatement. In the event that Broadcom's motion needs to be reinstated, Broadcom's motion shall maintain its original filing date of December 8, 2006. Cingular reserves its right to object to the motion as untimely and contrary to the December 5, 2006 Order of the Hon. Barbara L. Major, United States District Court for the Southern District of California as well as all substantive arguments and objections.

1

                                                                                                  Respectfully submitted,

| | |
|---|---|
| **PHILLIPS GOLDMAN & SPENCE, P.A.** | **DRINKER BIDDLE & REATH LLP** |
| /s/ Brian E. Farnan | /s/ Howard A. Cohen |
| John C. Phillips, Jr. (#110) | Howard A. Cohen (DE 4082) |
| Brian E. Farnan (#4089) | 1100 North Market Street, Suite 1000 |
| 1200 North Broom Street | Wilmington, DE 19801-1254 |
| Wilmington, Delaware 19806 | Telephone: (302) 467-4200 |
| Telephone: (302) 655-4200 | Facsimile: (302) 467-4201 |
| Facsimile: (302) 655-4210 | |
| Dated: December 13, 2006 | Dated: December 13, 2006 |
| Attorneys for Plaintiff | Attorneys for Defendant, |
| Broadcom Corporation | Cingular Wireless LLC |

**IT IS SO ORDERED.**

Dated: _____

                                                          _____
                                                          The Honorable Gregory M. Sleet
                                                          United States District Judge

## Certificate of Service

I, Brian E. Farnan, hereby certify that on December 13, 2006 two copies of the foregoing Stipulated Withdrawal of Broadcom Corporation's Motion to Compel Compliance with Subpoena Served on August 30, 2006 were served via hand delivery on the following:

Howard A. Cohen (DE 4082)
**DRINKER BIDDLE & REATH LLP**
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Brian E. Farnan (Bar No. 4089)